|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 8-14-20 |

PEARSON EDUCATION, INC., MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, CENGAGE LEARNING, INC., BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC, AND ELSEVIER INC.,

                Plaintiffs,

v.

ABC BOOKS LLC *ET AL.*,

                Defendants.

No. 19-CV-7642 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at today's conference, the parties shall submit a joint letter, no later than September 14, 2020, advising the Court of whether a referral to Magistrate Judge Lehrburger for settlement discussions would be productive at that time.  No later than September 30, 2020, Plaintiffs shall move for a default judgment against the defaulting Defendants.

    Additionally, no later than August 24, 2020, Defendant Abdulhadi Yildirim shall file a letter confirming whether the cross-claims he asserted against "all parties" in this case, *see* Dkt.112 at 7-8, shall be deemed withdrawn in light of the stipulation of voluntary dismissal entered as to him on August 5, 2020, *see* Dkt. 138.

    Finally, Defendant Rodney Blanks failed to appear at today's initial status conference. Defendant Blanks is reminded that he must participate in all court conferences and comply with all Court orders in this action.  If he fails to do so, the Court may consider imposing sanctions pursuant to Rule 37(b) of the Federal Rules of Civil Procedure.

Plaintiffs shall provide a copy of this Order to all Defendants who have not yet appeared, as well as to Defendant Rodney Blanks, who is proceeding *pro se*.

SO ORDERED.

Dated:   August 14, 2020
         New York, New York

_____
Ronnie Abrams
United States District Judge