UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION, INC., *et al.*,

                Plaintiffs,

        v.

DOE 1, *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-22-20

19-CV-7642 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On August 14, 2020, this Court ordered defendant Abdulhadi Yildirim to submit a letter by August 24, 2020, informing the Court whether he intends to continue to pursue his cross claims. He has not done so. No later than September 25, 2020, Defendant Yildirim shall do so.

SO ORDERED.

Dated:    September 22, 2020
             New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge