UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION, INC., *et al.*,

                    Plaintiffs,

            v.

ABC BOOKS LTD., *et al.*,

                    Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

19-CV-7642 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons set forth at the show cause hearing on November 20, 2020, Plaintiffs' motion for default judgment against Defendants ABC Books LLC, Fidaa Hashemi, Leonard Johnson, Bronislav Teplitskiy, Challenge Book Store Pvt. Ltd., Ranjan Kumar Behera, Geoffrey Labos, Maylourd Ascrate, Soarabh Gupta, and Madhu Gupta is GRANTED.  The Court will reserve judgment on Plaintiffs' motion for default judgment against Defendants Michael Charles McKee and Nazir Yakub Belim.

    Defendants McKee and Belim are hereby granted a thirty day extension to respond to the amended complaint, which can be found at docket entry 65.  If Defendants require an extension of time to prepare their answers, they shall file a letter with the Court requesting an extension no later than December 21, 2020.  If Defendants McKee and Belim do not file an answer or seek an extension by December 22, 2020, the Court will enter default judgment against them.

    No later than December 4, 2020, Plaintiffs shall submit a letter informing the Court of the following:

    1. a revised estimate of the damages they seek from each of the defaulting defendants (which does not include Defendants Belim or McKee) and the reason for requesting that particular amount.

    2. any evidence they have that the defaulting defendants acted willfully.

3. a proposed post-judgment asset freeze against the defaulting defendants.

Upon receipt of this letter, the Court will make a determination of damages as to each of the defaulting defendants.

The Clerk of Court is respectfully directed to mail a copy of this order to Defendants McKee and Belim.

SO ORDERED.

Dated:   November 23, 2020
        New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge