UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEARSON EDUCATION, INC., *et al.*,

                     Plaintiffs,

            v.

ABC BOOKS LTD., *et al.*,

                     Defendants.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

19-CV-7642 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the parties' upcoming settlement conference, the post-discovery conference, scheduled for December 18, 2020 at 12:30 pm is hereby adjourned sine die. If settlement negotiations are unsuccessful, the parties shall so inform the Court, at which time the post-discovery conference will be rescheduled.

SO ORDERED.

Dated:   November 25, 2020
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge