DocuSign Envelope ID: 41F04F81-810E-40FA-992A-D68B5DB7C0B5

Case 1:19-cv-07642-RA-RWL   Document 190   Filed 12/16/20   Page 1 of 5
Case 1:19-cv-07642-RA-RWL   Document 189-1   Filed 12/15/20   Page 1 of 5

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC.; MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC; CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC; AND ELSEVIER INC., <br><br> Plaintiffs, <br><br> v. <br><br> ABC BOOKS LLC; FIDAA HASHEMI; LEONARD JOHNSON; ALEC SANDERS; ALEX LUCKHARDT; BRONISLAV TELITSKIY; CHALLENGE BOOK STORE PVT. LTD.; RANJAN KUMAR BEHERA; GEOFFREY LABOS; GLYNIS LABOS; DESPOT DESPOTOVIC; LIGHT PULSATIONS LLC; MAYLOURD ASCRATE; ABDULHADI YILDIRIM; RODNEY BLANKS; SOARABH GUPTA; MADHU GUPTA; CHARLES E. KRACHY; TIMOTHY LENN MORGAN; JENNIFER MORGAN; JANTANA PAPHALA; NAZIR YAKUB BELIM; MICHAEL CHARLES MCKEE; CHRISTOPHER CLAUDE AULT; HALLIE RUTH MOORE; AND MARC HALAN BALDINGER, <br><br> Defendants. | **Case No. 19-cv-7642-RA** |

**[PROPOSED] FINAL JUDGMENT AND INJUNCTION AS TO DEFENDANTS DESPOT DESPOTOVIC AND LIGHT PULSATIONS**

Plaintiffs Bedford, Freeman & Worth Publishing Group, LLC, Cengage Learning, Inc., Elsevier Inc., McGraw Hill LLC (successor in interest to McGraw-Hill Global Education Holdings, LLC), and Pearson Education, Inc. (collectively, the "Plaintiffs") filed a complaint against Despot Despotovic and Light Pulsations LLC ("Defendants"), alleging claims of infringement pursuant to the Copyright Act, 17 U.S.C. § 101, and trademark counterfeiting pursuant to the Lanham Act, 15 U.S.C. § 1114. The parties indicate that they have settled this

14

Case 1:19-cv-07642-RA-RWL   Document 190   Filed 12/16/20   Page 2 of 5
Case 1:19-cv-07642-RA-RWL   Document 189-1   Filed 12/15/20   Page 2 of 5
DocuSign Envelope ID: 41F04F81-810E-40FA-992A-D6885DB7C0B5

matter. In connection therewith, the parties have jointly stipulated to entry of this Final Judgment and Permanent Injunction.

**NOW THEREFORE**, it is hereby:

I.     **ORDERED** that final judgment is **ENTERED** for Plaintiffs against Defendants. Each party shall bear its own costs and expenses, including its attorney's fees.

II.     **ORDERED** that a permanent injunction is **ENTERED** in this action as follow: Defendants, their officers, agents, servants, employees, and attorneys, their personal representatives, heirs, executors, administrators, agents, and assigns, and all those in active concert or participation with them who receive actual notice of this injunction are enjoined from:

a. Directly or indirectly infringing any copyrighted work that is owned or exclusively controlled by any of Plaintiffs ("Plaintiffs' Copyrighted Works"), including any copyrighted work published under any of the imprints identified on Appendix A hereto[1];

b. Directly or indirectly infringing any trademark that is owned or exclusively controlled by any of the Plaintiffs ("Plaintiffs' Marks"), including such trademarks associated with the Imprints;

c. Directly or indirectly manufacturing, reproducing, importing, distributing

---

[1] "Plaintiffs' Copyrighted Works" means any and all textbooks or other copyrighted works, or portions thereof, including instructor solutions manuals, instructor resource manuals, or test banks, whether now in existence or later created, regardless of media type, the copyrights to which are owned or controlled by any of Plaintiffs or their parents, subsidiaries, affiliates, predecessors, successors, and assigns, whether published in the United States or abroad.

(including returning goods purchased from another), offering for sale, and/or selling counterfeit copies of Plaintiffs' Copyrighted Works and/or Plaintiffs' Marks; and

    d. Knowingly (i.e., with actual knowledge or reason to know) enabling, facilitating, permitting, assisting, soliciting, encouraging, or inducing others to directly or indirectly infringe, manufacture, reproduce, import, distribute, offer for sale, and/or sell counterfeit copies of Plaintiffs' Copyrighted Works and/or Plaintiffs' Marks.

**III.** **ORDERED** that the following amounts in the accounts listed below shall be disbursed to Plaintiffs through their counsel Oppenheim + Zebrak, LLP:

    a) Amazon (A12T2FZ6WW0S4B): $29,000.00

    b) Amazon (A2Z86LZAVS7S0A): $28,000.00

    c) Amazon (AFHHHBZYHV23T): $16,000.00

    d) Bank of America (Account No. ********4296): $7,900.00

    e) Chase (Account No. ******2652): $22,250.00

**IV.** **FURTHER ORDERED ORDERED** that the Defendants shall pay Plaintiffs, through their counsel Oppenheim + Zebrak, LLP, $336,600.00.

**V.** **FURTHER ORDERED** For avoidance of doubt, and subject to and consistent with the terms of this Permanent Injunction, the Preliminary Injunction Order currently in place (ECF Doc. 33) regarding a temporary restraint on Defendants' account(s) with banks, financial institutions, and credit card or other payment processing companies ("Financial Institutions") is immediately dissolved with

prejudice as to Despot Despotovic and Light Pulsations only, and Defendants' assets in excess of the amounts set forth in paragraph III and held in and/or the use of such Financial Institutions shall be exempt from paragraph III of this Permanent Injunction.

VI. **FURTHER ORDERED** that the Court retains jurisdiction for the purpose of enforcing this Order. Without limiting the foregoing, in the event Plaintiffs discover any new storefronts owned or operated by Defendants in violation of any of the terms of this Permanent Injunction, Plaintiffs may move the Court for a supplemental order as may be appropriate to effectuate the purposes of this Permanent Injunction.

VII. **FURTHER ORDERED** that this Order replaces the Court's Preliminary Injunction issued in this matter as to Defendants Despot Despotovic and Light Pulsations only.

**SO ORDERED** this __16__ day of __December__, 2020.

_____
HON. RONNIE ABRAMS
United States District Judge

**Appendix A: Plaintiffs' Imprints**

| Cengage Learning | Macmillan Learning |
|---|---|
| Brooks Cole | Bedford, Freeman & Worth High School Publishers |
| Cengage | Bedford/St. Martin's |
| Cengage Learning | BFW |
| Course Technology | BFW High School Publishers |
| Delmar | Freeman |
| Gale | Macmillan Learning |
| Heinle | W.H. Freeman & Company |
| Milady | Worth |
| National Geographic Learning | Worth Publishers |
| South-Western Educational Publishing | |
| Wadsworth | |
| Elsevier ||
| Academic Cell | Medicine Publishing |
| Academic Press | Morgan Kaufmann Publishers |
| Amirsys | Mosby |
| Butterworth Heinemann | Newnes |
| Digital Press | North Holland |
| Elsevier | Saunders |
| Gulf Professional Publishing | Urban & Fischer |
| Hanley & Belfus | William Andrew |
| Knovel | Woodhead Publishing |
| Made Simple Books | |
| McGraw Hill | Pearson |
| Irwin | Addison Wesley |
| Lange | Adobe Press |
| McGraw-Hill | Allyn & Bacon |
| McGraw-Hill Education | Benjamin Cummings |
| McGraw-Hill Higher Education | Brady |
| McGraw-Hill Professional | Cisco Press |
| McGraw-Hill Ryerson | Financial Times Press/FT Press |
| McGraw-Hill/Appleton & Lange | IBM Press |
| McGraw-Hill/Contemporary | Longman |
| McGraw-Hill/Dushkin | New Riders Press |
| McGraw-Hill/Irwin | Peachpit Press |
| McGraw Hill | Pearson |
| NTC/Contemporary | Pearson Education |
| Osborne | Que Publishing |
| Schaum's | Sams Publishing |