USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PEARSON EDUCATION, INC., et al.

                    Plaintiffs,

        - against -

DOE 1, et al,

                    Defendants.
-------------------------------------------------------------X

19-CV-7642 (RA) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court having been informed that the parties have resolved this matter as between them, the settlement conference scheduled for December 23, 2020 is cancelled.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: December 18, 2020
       New York, New York

Copies transmitted this date to all counsel of record.