UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  4-5-21
```

PEARSON EDUCATION, INC., *et al.*,

Plaintiffs,

v.

ABC BOOKS LIMITED, *et al.*,

Defendants.

19-CV-7642 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 30, 2021, Plaintiffs dismissed their claims against Defendant Christopher Claude Ault. Dkt. 207. In the weeks preceding, Plaintiffs have dismissed their claims against numerous other Defendants. *See*, *e.g.*, Dkt. 205 (dismissal of claims against Defendant Johnson), Dkt. 201 (dismissal of claims against Rodney Blanks). No later than April 12, 2021, Plaintiffs shall submit a letter to the Court (1) stating which, if any, of their claims in this action remain pending and (2) proposing next steps for this litigation.

SO ORDERED.

Dated:    April 5, 2021
          New York, New York

RONNIE ABRAMS
United States District Judge