**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

PEARSON EDUCATION, INC., *et al.*,

                Plaintiffs,

                                                       19 **CIVIL** 7642 (RA)

        -against-                                 **DEFAULT JUDGMENT**

ABC BOOKS LTD, *et al.*,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated April 21, 2021, ABC Books LLC and Hashemi together shall pay Plaintiffs $330,000 in damages ($30,000 per violation for 11 books sold), Johnson shall pay Plaintiffs $390,000 in damages ($30,000 per violation for 13 books sold), Teplitskiy shall pay Plaintiffs $240,000 in damages ($30,000 per violation for eight books sold), Challenge Book Store Pvt. Ltd. and Ranjan Kumar Behera together shall pay Plaintiffs $390,000 in damages ($30,000 per violation for 13 books sold), Ascrate shall pay Plaintiffs $90,000 in damages ($30,000 per violation for three books sold), Soarbh and Madhu Gupta together shall pay Plaintiffs $600,000 in damages ($150,000 per violation for four books sold), and Labos shall pay Plaintiffs $600,000 in damages ($100,000 per violation for six books sold); Accordingly, this case is closed.

**DATED**: New York, New York
             April 22, 2021

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                        **Clerk of Court**
                                                 BY: *[signature: David J. Thomas]*
                                                       **Deputy Clerk**