**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

  PEARSON EDUCATION, INC., *et al.*,

                    Plaintiffs,

                                        19 **CIVIL** 7642 (RA)

             -against-                          **AMENDED**

                                      **DEFAULT JUDGMENT**

  ABC BOOKS LTD, *et al.*,

                   Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Amended Order dated April 21, 2021, ABC Books LLC and Hashemi together shall pay Plaintiffs $330,000 in damages ($30,000 per violation for 11 books sold), Teplitskiy shall pay Plaintiffs $240,000 in damages ($30,000 per violation for eight books sold), Challenge Book Store Pvt. Ltd. and Ranjan Kumar Behera together shall pay Plaintiffs $390,000 in damages ($30,000 per violation for 13 books sold), Ascrate shall pay Plaintiffs $90,000 in damages ($30,000 per violation for three books sold), Soarbh and Madhu Gupta together shall pay Plaintiffs $600,000 in damages ($150,000 per violation for four books sold), and Labos shall pay Plaintiffs $600,000 in damages ($100,000 per violation for six books sold); Accordingly, this case is closed.

**DATED**: New York, New York
           April 22, 2021

                                                  **RUBY J. KRAJICK**

                                                     Clerk of Court

                                              **BY:** *[signature]*

                                                     **Deputy Clerk**